The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY H. WILLIAMS III AND PAULA WILLIAMS, husband and wife, individually and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:22-cv-05640-JCC<br><br>JOINT STIPULATION AND [~~proposed~~] ORDER EXTENDING DEADLINES<br><br>Noted for Consideration: Today |

COMES NOW Plaintiffs, by and through their counsel, Vernon W. Harkins, Daniel R. Kyler, and Benjamin T. Zielinski, and Defendant, by and through its counsel, Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to this Court's Civil Trial Scheduling Order (Dkt. 9), and LCR 7(j) and 16(b)(6), and hereby jointly stipulate and request that the Court continue the case scheduling deadlines in this case an additional six months.

WHEREAS the parties have been diligently working toward completing discovery in this matter but need additional time to collect all of Plaintiffs' medical records, provide them to their experts for review, schedule Rule 35 examinations as necessary, complete numerous expert and

JOINT STIPULATION AND ORDER
EXTENDING DEADLINES
[3:22-cv-05640-JCC] – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

fact witness discovery depositions, and arrange for Rule 34 inspections at an out-of-state National Guard facility.

WHEREAS Plaintiff Harry Williams sustained extensive injuries following the motorcycle accident at issue in this case and has seen numerous medical providers. Mr. Williams provided releases for the United States to collect these records and the United States has been working diligently to obtain records from over 20 providers, as well as the State of Washington, the Social Security Administration, and King County. Having a complete set of records for the parties' experts to work from to complete their Rule 26 and Rule 35 obligations is essential.

WHEREAS now that most of the records have been collected, the parties are working collaboratively to schedule Mr. Williams for Rule 35 independent medical examinations with the United States' experts, followed by scheduling depositions of numerous fact and expert witnesses. Plaintiffs have identified 6 potential expert witnesses and the United States has retained 4 expert witnesses. The parties have also identified several fact witnesses involved in the military training exercises that caused the fire, the individuals involved in the fire suppression, and the people involved in the ensuing accident, and will work together to schedule these depositions.

WHEREAS the United States is also currently working to facilitate Rule 34 inspections at military facilities located in Hermiston, Oregon.

WHEREAS the parties agree that they need additional time to complete the remaining discovery outlined above and propose the following schedule:

| | |
|---|---|
| Bench Trial: | September 2024. |
| Expert witness reports: | March 1, 2024 |
| Rebuttal reports: | April 1, 2024 |
| Discovery cutoff: | May 1, 2024 |
| Dispositive motions: | June 1, 2024 |

JOINT STIPULATION AND ORDER
EXTENDING DEADLINES
[3:22-cv-05640-JCC] – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW THEREFORE, the parties, through their respective counsel of record, do hereby jointly stipulate and agree, and respectfully request, that the Court make and enter the following order:

The Civil Trial Scheduling Order is amended to include the following deadlines:

| | |
|---|---|
| Bench Trial: | September 2024. |
| Expert witness reports: | March 1, 2024 |
| Rebuttal reports: | April 1, 2024 |
| Discovery cutoff: | May 1, 2024 |
| Dispositive motions: | June 1, 2024 |

SO STIPULATED.

DATED this 25th day of August, 2023.

TESSA M. GORMAN
Acting United States Attorney

/s Kristin B. Johnson
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov
Attorney for the United States

//

//

//

//

JOINT STIPULATION AND ORDER
EXTENDING DEADLINES
[3:22-cv-05640-JCC] – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SO STIPULATED.

DATED this 25th day of August, 2023.


RUSH, HANNULA, HARKINS KYLER, P.L.L.C.

By: s/Daniel R. Kyler
By: s/Vernon W. Harkins
By: s/Benjamin T. Zielinski
Daniel R. Kyler, WSBA #12905
Vernon W. Harkins, WSBA #6689
Benjamin T. Zielinski, WSBA #43670
Rush, Hannula, Harkins & Kyler, P.L.L.C.
4701 South 19th Street, Suite 300
Tacoma, WA  98405
Phone: (253)383-5388
Fax: (253)272-5105
Email: dkyler@rhhk.com
vharkins@rhhk.com
bzielinski@rhhk.com
Attorneys for Plaintiffs


## ORDER

**In addition, the trial date is reset to September 9, 2024.**

IT IS SO ORDERED.


            DATED this 28th day of August 2024.


                                       _____
                                       John C. Coughenour
                                       UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
EXTENDING DEADLINES
[3:22-cv-05640-JCC] – 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970